1 JEMMA E. DUNN
Nevada State Bar No. 16229
2 MATTHEW T. HALE
Nevada State Bar No. 16880
3 MARIAN L. MASSEY
Nevada State Bar No. 14579
4 **GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
5 Las Vegas, Nevada 89135
Telephone: (702) 777-0888
6 Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
7 *MHale@GGTrialLaw.com*
 *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff David Taavao*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TAAVAO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLEARWATER PAPER CORPORATION, a Delaware corporation; CLEARWATER PAPER LAS VEGAS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:25-cv-00155-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PHYSICAL EXAMINATION ORDER OF PLAINTIFF PURSUANT TO FRCP 35, AND TO CORRECT TYPOGRAPHICAL ERROR (ECF NO. 24)**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff David Taavao ("Plaintiff"), by and through his respective counsel of record, and Defendant Clearwater Paper Corporation ("Defendant"), by and through their respective counsel of record, that Plaintiff shall have until October 10, 2025 to file his response to Defendant's Motion for Physical Examination Order of Plaintiff Pursuant to FRCP 35 (the "Motion"). This Stipulation is submitted and based upon the following:

/ / /

1. Plaintiff's Complaint was filed in the United States District Court, District of Nevada on January 24, 2025 and asserted claims related to Plaintiff's employment with Defendant. (ECF No. 1.)

2. On April 25, 2025, Defendant filed its Answer to Plaintiff's Complaint (the "Answer"). (ECF No. 7.)

3.

4. On September 12, 2025, Defendant filed the Motion requesting a physical examination of Plaintiff pursuant to FRCP 35 ("Motion"). (ECF No. 24.) Thus, Plaintiff must file a response to the Motion within 14-days, on or before September 26, 2025. (*See* LR 7-2(b).)

5. Plaintiff requests additional time to respond to the Motion. Plaintiff's counsel has two anti-SLAPP motions to dismiss, two motions for summary judgment, depositions, and other case load obligations that impede her ability to appropriately brief the issue for the Court's review on or before September 26, 2025.

6. The Parties have agreed to extend the deadline for Plaintiff to file his response to Defendant's Motion by two-weeks, from September 26, 2025 to **October 10, 2025**, to allow Plaintiff's counsel additional time to prepare a response to the Motion.

7. The Parties have also agreed to correct the typographical error in the Motion, under **V. CONCLUSION**, Paragraph 2. as follows: "Specifying the scope, manner, condition, and timing as set forth in Paragraph IV.B. above".

8. This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion.

9. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

///

///

///

10. This Stipulation is made in good faith and not for the purpose of delay.

**SO STIPULATED.**

-2-

Dated this September 16, 2025.

| **GREENBERG GROSS LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| */s/ Marian L. Massey* <br> Jemma E. Dunn <br> Nevada Bar No. 16229 <br> Matthew T. Hale <br> Nevada Bar No. 16880 <br> Marian Massey <br> Nevada Bar No. 14579 <br> 1980 Festival Plaza Drive <br> Suite 730 <br> Las Vegas, NV 89135 | */s/ Courtney Lee* <br> Suzanne L. Martin <br> Nevada Bar No. 8833 <br> Courtney Lee <br> Nevada Bar No. 8154 <br> 10801 W. Charleston Blvd. <br> Suite 500 <br> Las Vegas, NV 89135 <br> Telephone: 702.369.6800 <br> Fax: 702.369.6888 |
| *Attorneys for Plaintiff David Taavao* | *Attorneys for Defendant Clearwater Paper Corporation* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2025