Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Courtney K. Lee
Nevada Bar No. 8154
courtney.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Clearwater Paper
Corporation*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID TAAVAO, an individual, | Case No.: 2:25-cv-00155-RFB-EJY |
| Plaintiff, | |
| vs. | |
| CLEARWATER PAPER CORPORATION, a Delaware corporation, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendant. | |

Defendant Clearwater Paper Corporation ("Defendant"); and Plaintiff David Taavao ("Plaintiff"), (collectively referred to as "Parties"), by and through their respective counsel, hereby submit the following Stipulation and Order:

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff David Taavao ("Plaintiff"), and Defendant Clearwater Paper Corporation ("Defendant"), that all claims Plaintiff has or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

- 1 -

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and costs.

| GREENBERG GROSS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Marian L. Massey* | */s/ Suzanne L. Martin* |
| Jemma E. Dunn | Suzanne L. Martin |
| Nevada Bar No. 16229 | Nevada Bar No. 8833 |
| Matthew T. Hale | Courtney K. Lee |
| Nevada Bar No. 16880 | Nevada Bar No. 8154 |
| Marian L. Massey | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Nevada Bar No. 14579 | 10801 W. Charleston Blvd., Suite 500 |
| 1980 Festival Plaza Drive, Suite 730 | Las Vegas, NV 89135 |
| Las Vegas, NV 89135 | |
| | *Attorneys for Defendant Clearwater Paper Corporation* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED**.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**

**DATED**: May 4, 2026.

- 2 -